UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

CIVIL ACTION NO. 2017-04-WOB

JOHN N. SMITH     PETITIONER

VS.     <u>ORDER</u>

KATHY LITTERAL     RESPONDENT

This matter is before the Court on the Report and Recommendation [26] of the Magistrate Judge, and having considered *de novo* those objections filed thereto by Petitioner [27], and the Court being sufficiently advised,

**IT IS ORDERED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that the petition for relief under 28 U.S.C. 2254 be, and it hereby is, denied and this matter be, and hereby is **dismissed** with prejudice and **stricken** from the docket of this Court. No Certificate of Appealability shall issue herein.

A separate Judgment shall enter concurrently herewith.

This 17th day of March, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge